MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **SCHAEFER, BLAKE**

Chapter 13 Case No. 06-60495
jointly administered

RECEIVED
10 JUN 21 PM 12:08
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MARSHALL & ISLEY BANK<br>ATTN: RETAIL COLLECT<br>770 N WATER ST<br>MILWAUKEE, WI  53202-3593 | 3 | $13,785.08 | $71.38 |

**TOTAL TO CLERK'S FUND**              $71.38

_____June 16, 2010_____         /s/ Kyle L Carlson
DATE                              TRUSTEE